

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
CENTRAL REGIONAL OFFICE          (303) 844- 1000
1801 CALIFORNIA STREET
SUITE 1500
DENVER, COLORADO  80202-2648

May 7, 2013

The Honorable Alison J. Nathan
United States District Court Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

    Re:    <u>SEC v. Randal Kent Hansen, et al.</u> 13-cv-01403-AJN

Dear Judge Nathan:

    Defendants Randal Kent Hansen and RAHFCO Management Group, LLC filed a Motion to Dismiss the Securities and Exchange Commission's complaint on May 6, 2013. The Commission does not intend to file an amended pleading.  Instead, it will rely on the complaint as filed.

Respectfully submitted,

**s/ Polly Atkinson**

Polly Atkinson
Trial Counsel
(303) 844-1046