# SERCARZ & RIOPELLE, LLP

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234

ROLAND G. RIOPELLE
MAURICE H. SERCARZ[*]
———
[*]ADMITTED IN NY & NJ

January 5, 2015

**<u>VIA ECF</u>**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: <u>SEC v. Hansen et al, 13 CV 1403 (VSB)</u>

Your Honor:

  I write with regard to our prior motion to withdraw as counsel for Randy Hansen and the RAHFCO entities in the above referenced action.

  Your Chambers has inquired regarding the status of Diane Ferrone in this matter. Ms. Ferrone was listed on the ECF filings as counsel to Mr. Hansen and the RAHFCO entities only in her capacity as an associate for Sercarz & Riopelle, LLP. Ms. Ferrone left the firm in the Summer of 2013. Thus, she no longer represents Mr. Hansen or the RAHFCO entities.

  If we did not make it clear in our motion to withdraw that the motion was applicable to all attorneys affiliated with our firm, we regret the misunderstanding.

          Most respectfully,

          /S/

          Maurice H. Sercarz

cc: All Parties (by ECF)

   Randy Hansen (by mail)