```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                                            :
                        Plaintiff,                          :    13-CV-1403 (VSB)
                                                            :
        -v-                                                 :        ORDER
                                                            :
RANDALL KENT HANSEN, RAHFCO                                 :
MANAGEMENT GROUP, LLC, VINCENT                              :
PUMA, and HUDSON CAPITAL                                    :
PARTNERS CORPORATION,                                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2015

VERNON S. BRODERICK, United States District Judge:

       The Clerk of the Court has entered a Certificate of Default against Defendant RAHFCO Management Group, LLC in this matter. (Doc. 57.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days or advise me why taking such action is not appropriate at this time. The Clerk's Office is respectfully directed to mail a copy of this order and docket entry 57 to the *pro se* plaintiff.

       SO ORDERED.

Dated: October 2, 2015
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge