UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

RANDALL KENT HANSEN, RAHFCO
MANAGEMENT GROUP, LLC, VINCENT
PUMA, and HUDSON CAPITAL PARTNERS
CORPORATION,
                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/17
```

13 **CIVIL** 1403 (VSB)

**JUDGMENT**

      Plaintiff having moved for summary judgment pursuant to Fed. R. Civ. P. 56 on all its claims against Defendant Hansen, and the matter having come before the Honorable Vernon S. Broderick, United States District Judge, and the Court, on March 31, 2017, having rendered its Memorandum & Opinion granting Plaintiff's motion for summary judgment, (Doc. 79); and entering judgment against Hansen in the amount of $827,251 and permanently restraining and enjoining from committing future violations of the securities laws and rules, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Opinion dated March 31, 2017, Plaintiff's motion for summary judgment is granted. Judgment is entered against Hansen in the amount of $827,251 and permanently restraining and enjoining from committing future violations of the securities laws and rules.

**Dated:** New York, New York
          March 31, 2017

                              **RUBY J. KRAJICK**
                              Clerk of Court
            BY:
                              **Deputy Clerk**